# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13289

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

*versus*

BRIAN PATRICK DURNING,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cr-00102-WWB-RMN-1

_____

JUDGMENT

2                                                                                      23-13289

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 22, 2024

For the Court: DAVID J. SMITH, Clerk of Court